UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Shannondoah R. Stephan v. Bayer Corporation, et al.* | No. 10-cv-11129-DRH |
| *Rachel Szymczak v. Bayer Corporation, et al.* | No. 11-cv-11087-DRH |
| *Stacey L. Benicase v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10342-DRH |
| *Gabrielle Esmay v. Bayer Corporation, et al.* | No. 12-cv-11357-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 15, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.16
13:07:13 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT